**Exhibit A to the Complaint**

**Location:** Fairfax, VA  
**Total Works Infringed:** 26  
**IP Address:** 71.191.61.71  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 08-25-2021 16:15:44 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 2 | Info Hash: 597A68BEF38F17FE4F779C6408EA4F4CA0B8B361<br>File Hash: A83084FEF88410677D300C23064178D200D8D5638DE644CED3C9BA09BB512D35 | 08-20-2021 14:22:59 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 3 | Info Hash: 9DC437C24A1C39ADDF1E9D9C1CB76527E9100402<br>File Hash: CD65C7799CB97E0A127916FC4B2E662BE7F04B46D6C8C1CABB97FD9060BB3010 | 07-12-2021 17:23:01 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 4 | Info Hash: 9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash: F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 07-12-2021 16:59:16 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 5 | Info Hash: 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547<br>File Hash: 635645BD66306827A556824736881431BCF40C345A9E95FE577FB99277BC798C | 06-29-2021 15:35:42 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 6 | Info Hash: 158258B1A19235075D5BC7E77F3979BEFC8EABAC<br>File Hash: 037BC9199F675896966EB45A0CD7C67067E44A288EB1A864191DC16D31938F2A | 06-29-2021 15:18:38 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 7 | Info Hash: 832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 06-29-2021 15:03:51 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 8 | Info Hash: 14E6018A31BAB755871BD1137D8700E68C62FDB4<br>File Hash: 494136C049FA13A99C0A1626FBF651B64EA15A14FE000396351796E55FCC0234 | 06-28-2021 22:49:24 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4<br>File Hash: A32EF96786F0FB121A68B17D95A6BDDB8335CA2F13438793D86B0C22C4D79687 | 06-28-2021 22:33:03 | Vixen | 10-06-2018 | 11-01-2018 | PA0002141493 |
| 10 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 06-28-2021 22:15:14 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 11 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 06-28-2021 22:13:32 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 12 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 06-28-2021 22:12:06 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 13 | Info Hash: 9BC774ABF2603AC833ACCD5C88C3804A78D8A297<br>File Hash: F81974D573968FAA06B4468C16023F5A98CF8B60DA6C3FB454746736781F6FF7 | 06-28-2021 22:01:42 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 14 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 06-28-2021 22:01:34 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 15 | Info Hash: A7BCD80A324952706C46C6614807A6D331A8E3B6<br>File Hash: 69C65B35E7C5DD71106A07F56B806E7F394E94E510E5727A598B56F035E8EDCD | 06-28-2021 21:55:12 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 16 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 06-28-2021 21:54:51 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 17 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 06-28-2021 21:50:55 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1 File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 06-28-2021 21:50:08 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 19 | Info Hash: 80DA686CB2BD4A8751E64E5F9A76F64E2913A44D File Hash: B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 06-28-2021 21:45:00 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 20 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 06-28-2021 21:44:52 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 21 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 06-28-2021 21:31:55 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 22 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 06-28-2021 21:26:27 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 23 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06-28-2021 21:23:28 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 24 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848 File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 06-24-2021 21:22:36 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 25 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 06-24-2021 20:33:13 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 26 | Info Hash: 742AF2F1665E249C6B38B901A8628DE9BAB8B6D7 File Hash: 30E6E3F9E5E3E25B779502BB10FEAE6493CC386E37511B0BE46812D0561F4900 | 02-20-2021 07:57:59 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |